Elmore Estate.

Argued October 7, 1954. Before STEARNE, JONES, CHIDSEY, MUSMANNO and ARNOLD, JJ.

156

*Robert W. McWhinney,* with him *McWhinney &
McWhinney,* for appellant.

*C. Elmer Brown,* with him *Charles P. Pearson,* for appellees.

OPINION PER CURIAM, November 8, 1954:

The definitive decree of distribution is affirmed on the adjudication and opinion of President Judge BOYLE, at the cost of appellant.